1212

No. 87–1412.  DAVIDSON *v.* ILLINOIS.   Appeal from App. Ct. Ill., 5th Dist., dismissed for want of substantial federal question.

No. 87–1829.  PRE-SCHOOL OWNERS ASSOCIATION OF ILLINOIS ET AL. *v.* ILLINOIS DEPARTMENT OF CHILDREN AND FAMILY SERVICES ET AL.   Appeal from Sup. Ct. Ill. dismissed for want of substantial federal question.

No. 87–1812.  PETITIONERS SEEKING TO INCORPORATE LIBERTY LAKES *v.* VILLAGE OF LINDENHURST ET AL.   Appeal from Sup. Ct. Ill. dismissed for want of properly presented federal question.

No. 86–1813.  COOPER ET AL. *v.* KOTARSKI.  .C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Schweiker* v. *Chilicky, ante,* p. 412.

No. 87–174.  TURNER *v.* MCINTOSH ET AL.   C. A. 8th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Schweiker* v. *Chilicky, ante,* p. 412. JUSTICE BRENNAN and JUSTICE BLACKMUN would deny certiorari.

No. 87–382.  STATE TAX COMMISSION OF THE STATE OF NEW YORK ET AL. *v.* HERZOG BROTHERS TRUCKING, INC., AKA HERZOG BROTHERS, INC., ET AL.   Ct. App. N. Y.   Motion of Seneca Nation of Indians for leave to file a brief as *amicus curiae* denied. Certiorari granted, judgment vacated, and case remanded for further consideration in light of proposed regulations formally published for comment by the Commissioner of Taxation and Finance of the State of New York on March 8, 1988.